# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Aaron Cook,

               Plaintiff

   v.

Trepco West,

               Defendant

Case No.: 2:24-cv-01250-CDS-NJK

**Order**

Defendant Trepco West filed a motion to dismiss plaintiff Aaron Cook's complaint for failure to state claims under Federal Rule of Civil Procedure 12(b)(6). ECF No. 10. Cook responded by filing a document titled "motion to dismiss." ECF No. 14. Recognizing my obligation to liberally construe a pro se party's pleadings,[1] I construe Cook's filed "motion to dismiss" as a response to Trepco's Rule 12(b)(6) motion. Therefore, Trepco must file its reply on or before September 12, 2024.

The Clerk of Court is directed to terminate Cook's motion to dismiss (ECF No. 14) as a pending motion, and instead construe it as a response.

Dated: September 6, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] "The obligation to construe pro se filings liberally means courts must frequently look to the contents of a pro se filing rather than its form." *Ross v. Williams*, 950 F.3d 1160, 1173 n.19 (9th Cir. 2020).