# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AARON COOK,

    Plaintiff(s),

v.

TREPCO WEST,

    Defendant(s).

Case No. 2:24-cv-01250-CDS-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). If Defendant is seeking to stay discovery pending resolution of its motion to dismiss, a motion addressing the pertinent standards must be filed by October 18, 2024. If such a motion to stay discovery is not filed, then a joint discovery plan must be filed by October 25, 2024.

    IT IS SO ORDERED.

    Dated: October 11, 2024

                                                    _____
                                                        Nancy J. Koppe
                                                        United States Magistrate Judge