UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON COOK,<br><br>    Plaintiff(s),<br><br>v.<br><br>TREPCO WEST,<br><br>    Defendant(s). | Case No. 2:24-cv-01250-CDS-NJK<br><br>**Order**<br><br>[Docket No. 21] |

      Pending before the Court is a stipulation to stay discovery. Docket No. 21. The stipulation indicates that, *inter alia*, the parties are discussing arbitrating this matter pursuant to a contractual provision. *See id.* at 2. The Court **DEFERS** ruling on the stipulation to stay discovery. In the interim, the Court **VACATES** the deadline to file a discovery plan. The Court further **ORDERS** the parties to file, no later than November 1, 2024, a stipulation to arbitrate, a motion to arbitrate, or a joint status report regarding arbitration.

      IT IS SO ORDERED.

      Dated: October 21, 2024

                                                                                   Nancy J. Koppe<br>
                                                                                 United States Magistrate Judge