# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AARON COOK,

     Plaintiff(s),

v.

TREPCO WEST,

     Defendant(s).

Case No. 2:24-cv-01250-CDS-NJK

**Order**

[Docket Nos. 21, 23]

Pending before the Court is a stipulation to stay discovery, Docket No. 21, and a stipulation to extend the deadline to supplement the parties' positions regarding a stay, Docket No. 23. The latter stipulation (Docket No. 23) is **GRANTED**. The parties must file a joint status report regarding settlement or dismissal papers by November 15, 2024. If a settlement has not been reached, the parties must file any renewed request to stay discovery by November 25, 2024. In the interim, the stipulation to stay discovery (Docket No. 21) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: November 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge