Deverie J. Christensen (State Bar No. 6596)
Amy J. Gittler (*Pro Hac Vice Admitted*)
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
deverie.christensen@jacksonlewis.com
amy.gittler@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Aaron Cook,<br><br>　　　　Plaintiff<br><br>v.<br><br>Trepco West,<br><br>　　　　Defendant | Case No: 2:24-cv-01250-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF Nos. 10, 25] |

　　Plaintiff Aaron Cook, pro se, and Defendant Trepco West, through its counsel JACKSON LEWIS P.C., hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

　　Dated: November 15, 2024

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| AARON COOK | JACKSON LEWIS P.C. |
| */s/ Aaron Cook (with permission)*<br>741 Lilly Lane, Apt. 13B<br>Las Vegas, NV 89101<br>Aaronsmooth81@gmail.com<br>*Pro Se Plaintiff* | */s/ Amy J. Gittler*<br>Deverie Christensen<br>Amy J. Gittler (Admitted Pro Hac Vice)<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. Defendant's motion to dismiss [ECF No. 10] is denied as moot. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated:  November 18, 2024

2